```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 19279
    JOSHUA D ROGERS
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-8901


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/18/07 and confirmed on 12/14/07.

    2.  The case was dismissed after confirmation, 01/16/2009.

    3.  The Debtor paid a total of $   13090.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                          PAID        PAID
------------------------------------------------------------------------
NAVY FEDERAL CREDIT UNIO  SECURED VEHIC    28129.00       1778.69     10599.27
AMERICAN GENERAL FINANCE  UNSECURED         4963.92          .00          .00
FIA CARD SERVICES         UNSECURED        NOT FILED         .00          .00
INN COM                   UNSECURED        NOT FILED         .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        11277.68          .00          .00
NAVY FEDERAL CREDIT UNIO  UNSECURED         6070.04          .00          .00
ONE CLICK CASH            UNSECURED        NOT FILED         .00          .00
PIONEER MILITARY LENDING  UNSECURED         2405.04          .00          .00
NAVY FEDERAL CREDIT UNIO  UNSECURED          624.30          .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         4029.47          .00          .00
NAVY FEDERAL CREDIT UNIO  UNSECURED         1326.43          .00          .00
        Summary of disbursements:
------------------------------------------------------------------------
                   SECURED    PRIORITY    UNSECURED     OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED 28129.00       .00     30696.88         .00    58825.88
PRINCIPAL PAID     10599.27       .00         .00          .00    10599.27
INTEREST PAID       1778.69       .00         .00          .00     1778.69
TOTAL PAID         12377.96       .00         .00          .00    12377.96
The Debtor's attorney, LEGAL HELPERS PC            , was allowed $    3000.00
and was paid $    726.00 direct and $       .00 through the plan.

The Trustee received $     712.04 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 03/12/09                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                            PAGE  2
     CASE NO. 07 B 19279 JOSHUA D ROGERS
```